IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01230-RPM

COLORADO INSTRUMENTS, INC., d/b/a
SOLAR WORLD, a corporation of Colorado,

Plaintiff,

v.

SOLARWORLD AG, a corporation of The Federal Republic of Germany;
SOLARWORLD CALIFORNIA, INC., a corporation of California;
SOLARWORLD INDUSTRIES AMERICA LP, a limited partnership of Delaware,

Defendants.
_____

ORDER DISMISSING COUNT II
_____

In what is designated as Count II of the complaint, filed June 9, 2008, the plaintiff

seeks a declaratory judgment regarding applications for registration of a trademark now

pending before the U.S. Patent and Trademark Office with a direction that the USPTO

should refuse registration of any trademark application filed by defendants for any mark

which includes the term SOLARWORLD.  The defendants SolarWorld California, Inc.,

and SolarWorld Industries America LP moved to dismiss that claim for relief as beyond

this court's subject matter jurisdiction.  The USPTO has suspended the application

proceedings because of the pendency of this litigation.  In this Court's view, the claim

for relief is not properly before this court and the plaintiff is attempting to circumvent the

process provided by the USPTO.  Accordingly, it is

ORDERED that the claim for relief designated as Count II of the complaint is

dismissed without prejudice.

DATED:   September 16th, 2008

BY THE COURT:
s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge