# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01230-RPM

**Colorado Instruments, Inc., d/b/a Solar World**
**a corporation of Colorado ,**

       **Plaintiff,**

v.

**SolarWorld AG, a corporation of The Federal Republic of Germany;**
**SolarWorld California, Inc., a corporation of California;**
**SolarWorld Industries America LP, a limited partnership of Delaware,**

   **Defendants.**
_____

### ORDER GRANTING MOTION TO FOR LEAVE TO FILE AMENDED COMPLAINT
_____

      Upon consideration of Plaintiff's unopposed motion for leave to file an amended complaint [17], it is

      ORDERED that the motion is granted and the amended complaint attached thereto is deemed filed.

      DATED:    September 29th, 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge