IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01230-RPM

COLORADO INSTRUMENTS, INC., d/b/a
SOLAR WORLD, a corporation of Colorado,

        Plaintiff,

v.

SOLARWORLD AG, a corporation of The Federal Republic of Germany;
SOLARWORLD CALIFORNIA, INC., a corporation of California;
SOLARWORLD INDUSTRIES AMERICA LP, a limited partnership of Delaware,

        Defendants.
_____

ORDER DENYING SOLARWORLD AG'S CONSOLIDATED MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION
_____

      Upon review of the extensive papers filed in support and opposition to Defendant Solarworld Ag's consolidated motion to dismiss Colorado Instruments, Inc.,'s amended complaint for lack of personal jurisdiction, the Court finds and concludes that the plaintiff has provided sufficient evidence for a *prima facie* finding of personal jurisdiction over Solarworld AG, a corporation of The Federal Public of Germany. That company, through subsidiaries, including the other defendants in this case, produces and sells products which are within the subject matter of the plaintiff's complaint and amended complaint. Solarworld AG has obtained registered trademarks in the United States relative to those products and the other named defendants are marketing pursuant to permission of Solarworld AG. There is sufficient showing that the terms and conditions of marketing these products are subject to the control of Solarworld AG and that it has sufficient involvement with the activities that are the subject of this lawsuit to establish specific jurisdiction in this court. Accordingly, it is

ORDERED that Solarworld AG's consolidated motion to dismiss for lack of personal jurisdiction is denied.

DATED: November 24th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge