IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-01230-RPM

**Colorado Instruments, Inc., d/b/a Solar World**
**a corporation of Colorado**

        Plaintiff,
v.

**SolarWorld AG**
**a corporation of The Federal**
**Republic of Germany**

**SolarWorld California, Inc.**
**a corporation of California**

**SolarWorld Industries America LP**
**a limited partnership of Delaware**

**Defendants.**
_____

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**
_____

      Upon consideration of the Unopposed Motion for Leave to File Second Amended Complaint [37], filed on January 15, 2009, it is

      ORDERED that the motion is granted and the second amended complaint attached thereto is accepted for filing.

      DATED: January 15th, 2009

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior Judge