IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01230-RPM

COLORADO INSTRUMENTS, INC., d/b/a
SOLAR WORLD, a corporation of Colorado,

        Plaintiff,

v.

SOLARWORLD AG, a corporation of The Federal Republic of Germany;
SOLARWORLD CALIFORNIA, INC., a corporation of California;
SOLARWORLD INDUSTRIES AMERICA LP, a limited partnership of Delaware,

        Defendants.
_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation of Dismissal [71] filed on December 29, 2009, it is

ORDERED that this action, including all claims and counterclaims, is dismissed with prejudice, each party to bear their own attorneys fees and court costs.

DATED: December 30th, 2009

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge